**92–1511.** Springfield Local School Bd. of Edn. v. Summit Cty. Bd. of Revision. Board of Tax Appeals, No. 86–D–305. On request for oral argument. Request denied.

MOYER, C.J., RESNICK and PFEIFER, JJ., dissent.

**92–1588.** State ex rel. Malone v. Ohio Adult Parole Auth. In Mandamus. Order issued to show cause why this cause should not be dismissed for want of prosecution.

DOUGLAS, J., dissents and would dismiss this cause because there is a clear lack of prosecution.

**92–1758.** State v. Amato. *Lake County*, No. 91–L–092. On motions for leave to file *amicus* of Ohio Prosecuting Attorneys Association and for extension. Motions granted.

**92–1958.** Am. Golf Corp. v. Limbach. Board of Tax Appeals, No. 90–A–449. On request for oral argument. Request denied.

**92–1982.** Stanton v. Nationwide Mut. Ins. Co. *Hamilton County*, No. C–910750. On motion for leave to file *amicus* of Ohio Academy of Trial Lawyers. Motion granted.

**92–2158.** State ex rel. Peabody Coal Co. v. Indus. Comm. *Franklin County*, No. 91AP–360. On request for oral argument. Request denied.

**92–2243.** In re Custody of Ahmad. *Hamilton County*, No. C–920527. On motion for leave to amend memorandum in support. Motion granted.

**92–2323.** In re Doerger. On motion to dismiss. Motion denied.

**92–2343.** Cook v. Naveau. *Allen County*, No. 1–92–1. On motion to consolidate with 92–2589, *Cook v. Naveau*, Allen County, No. 1–92–1. Motion granted.

**92–2382.** Sorrell v. Thevenir. *Gallia County*, No. 91–CA–4. On motion for leave to file *amicus* of Ohio Academy of Trial Lawyers. Motion granted.

**92–2443.** Plumbers Local Union No. 94, AFL–CIO v. Kokosing Constr. Co. *Stark County*, No. CA–8865. On motion for leave to file record and brief instanter. Motion denied.

A.W. SWEENEY, DOUGLAS and RESNICK, JJ., dissent.

**93–47.** State ex rel. Cuyahoga Cty. Democratic Party Executive Commt. v. Taft. In Mandamus. On motion for protective order and to exclude evidence. Motion denied.

A.W. SWEENEY and F.E. SWEENEY, JJ., dissent.

WRIGHT, J., not participating.

**93–86.** Esber Beverage Co. v. Canandaigua Wine Co. *Stark County*, No. CA–8974. *Sua sponte,* this cause has been consolidated with 92–1479, *Tri–County Distrib., Inc. v. Canandaigua Wine Co.*, Mahoning County, No. 92 C.A. 37, *et seq.*; briefing is stayed pending the decision in 92–1479.

**93–106.** State v. Breeze. *Franklin County*, No. 92AP–258. On motion for leave to file request for extension of time instanter. Motion granted.

**93–270.** Naji v. Khouri. *Cuyahoga County*, No. 62220. On motion to reconsider denial of extension. Motion granted.

RESNICK and F.E. SWEENEY, JJ., dissent.

**93–278.** Moskovitz v. Mt. Sinai Med. Ctr. *Cuyahoga County*, Nos. 60464 and 61166. On motion for leave to file *amicus* of Ohio Academy of Trial Lawyers. Motion granted.

**93–317.** State v. Jones. *Lorain County*, No. 92CA005334. On motion for leave to withdraw as counsel. Motion granted.

PFEIFER, J., dissents.

**93–318.** In re Doyle. *Geauga County*, No. 91–G–1643. On motion for leave to file notice of appeal instanter. Motion granted.

WRIGHT, RESNICK and F.E. SWEENEY, JJ., dissent.